Judy Toner COHN, Respondent,

v.

Carolyn O'BRIEN, Appellant.

No. 65421.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 3, 1995.

Carolyn O'Brien, pro se.

Judy Toner Cohn, pro se.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a small claims judgment rendered in favor of plaintiff after trial de novo in the circuit court.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Walter PAIGE, Jr., Defendant/Appellant.

No. 63951.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 3, 1995.

Daniel P. Reardon, Jr., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

PER CURIAM.

*ORDER*

Defendant appeals following his convictions by a jury of second degree murder, § 565.021 RSMo1986, and armed criminal action, § 571.015 RSMo1986. The sole issue on appeal is whether the trial court erred in refusing to submit an instruction on self-defense. We find no error. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).